# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Freda L. Wolfson |
| v. | Criminal No. 18-748 |
| | **SCHEDULING ORDER** |
| MARTIN A. BENNETT, | |
| *Defendant.* | |

This matter having come before the Court for arraignment on January 16, 2019; and the United States being represented by Craig Carpenito, United States Attorney for the District of New Jersey (by Christopher D. Amore, Assistant U.S. Attorney, appearing); and Martin A. Bennett being represented by Andrea Bergman, Esq.; and the parties having met and conferred and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 16th day of January, 2019, ORDERED that:

1. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) and all exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny,

on or before **January 28, 2019**. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before **February 11, 2019**.

4. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before **February 11, 2019**.

5. The following shall be the schedule for pretrial motions in this matter:

a) The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before **March 15, 2019**;

b) The Government shall file any response to the Defendant's pretrial motions on or before **March 22, 2019**;

c) The Defendant shall file any reply on or before **March 29, 2019**;

d) Oral argument on pretrial motions shall be held on a date to be set by the Court.

7. Pursuant to paragraphs 17 to 21 of the Court's Standing Order No. 15-2, the Court shall, in consultation with the parties, schedule a final pretrial conference that will be held no sooner than two (2) weeks

following the disposition of pretrial motions. If appropriate, a trial date will be set at this final pretrial conference.

*[signature]*
Honorable Freda L. Wolfson
United States District Judge